[Civ. No. 3093. Third Appellate District.—July 24, 1926.]

## C. H. THURMAN et al., etc., Appellants, v. LUCY A. RICHARDS, etc., Respondent.

[1] SCHOOL LAW—HIGH SCHOOL DISTRICTS—LEVY OF SPECIAL TAX.—Judgment affirmed upon the authority of *McDonald* v. *Richards, ante,* p. 1.

APPEAL from a judgment of the Superior Court of Butte County. J. O. Moncur, Judge. Affirmed.

The facts present substantially the same questions as discussed and decided in *McDonald* v. *Richards, ante,* p. 1.

Orville C. Pratt, Jr., and George F. Jones for Appellants.

W. E. Rothe, District Attorney, and Bond & Deirup for Respondent.

Hill, Morgan & Bledsoe as *Amici Curiae.*

THE COURT.—[1] For the reasons stated in the opinion in the case of *McDonald* v. *Richards, ante,* p. 1 [248 Pac. 1049], the judgment appealed from is affirmed.